Kern, Appellant, *v.* Duquesne Brewing Company
of Pittsburgh.

Argued May 28, 1959. Before JONES, C. J., BELL,
MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*James A. Ashton,* for appellants.

*Paul J. Heenan,* with him *Mead J. Mulvihill, Jr.,*
and *James C. Larrimer,* for corporate appellees.

*George J. Schafer,* with him *Schafer and Schafer,*
for union, appellee.

OPINION PER CURIAM, June 30, 1959:

The order of the Court of Common Pleas of Allegheny County in this case is affirmed on the excellent opinion by President Judge MCNAUGHER, reported in 17 Pa. D. & C. 2d 299.